UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MELISSA DOLEN PENN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 2:22-CV-129-KAC-CRW |
| SULLIVAN COUNTY, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In the Memorandum Opinion and Order Granting Motion to Dismiss [Doc. 67] the Court **DISMISSED** Plaintiff's claims against all Defendants. Accordingly, the Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT